RECEIVED
APR - 3 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNNY WAYNE STEWART,<br>Plaintiff | CIVIL ACTION NO. 08-1505<br>SECTION "P" |
| VERSUS | JUDGE DEE D. DRELL |
| NATCHITOCHES PARISH DETENTION<br>CENTER, et al.,<br>Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Stewart's complaint against the Natchitoches Parish Sheriff's Department and the Natchitoches Parish Jail is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 3rd day of April, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE