RECEIVED
IN ALEXANDRIA, LA.
SEP 2 4 2012
TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNNY WAYNE STEWART,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:08-cv-1505 |
| VERSUS | |
| NATCHITOCHES PARISH DETENTION<br>CENTER, et al.,<br>    Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

SUPPLEMENTAL REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

On September 7, 2012, the undersigned Magistrate Judge recommended that Stewart's complaint against defendant Travis Williamson be dismissed without prejudice, pursuant to Fed.R.Civ.P. 4(m), for failure to effect service of process (Doc. 71). Since that Report and Recommendation (Doc. 71) was issued on September 7, 2012, Stewart's attorney filed a service return for Williamson which shows Williamson was served on August 18, 2012 (Doc. 73). Therefore, the recommendation that Stewart's complaint against Williamson be dismissed for failure to effect service is no longer valid. Instead, Stewart's action against Williamson should be dismissed because it is untimely, as discussed in the September 7, 2012 Report and Recommendation (Doc. 71).

Therefore, the recommendation in the September 7, 2012 Report and Recommendation (Doc. 71) is *modified* to delete the recommendation that the complaint against Williamson be dismissed without prejudice for failure to effect service, and to include

Williamson in the recommendation that defendants' motions to dismiss (Docs. 55, 57) be granted, **as follows:**

## Conclusion

IT IS RECOMMENDED that Stewart's action against the Natchitoches Parish Detention Center be DISMISSED WITH PREJUDICE and that the remainder of defendants' motion for summary judgment (Doc. 48) be GRANTED.

IT IS FURTHER RECOMMENDED that defendants' motions to dismiss (Docs. 55, 57) be GRANTED and that Stewart's action be DENIED AND DISMISSED WITH PREJUDICE as to all defendants and in its entirety.

IT IS FURTHER RECOMMENDED that defendants' motion for summary judgment (Doc. 26) be DENIED AND DISMISSED AS MOOT.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the district judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR,**

**FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, on this _____ day of September 2012.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE