RECEIVED
NOV - 8 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNNY WAYNE STEWART,<br>  Plaintiff | CIVIL ACTION NO.08-1505<br>SECTION "P" |
| VERSUS | JUDGE DEE D. DRELL |
| NATCHITOCHES PARISH DETENTION<br>CENTER, et al.,<br>  Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the original and supplemental Reports and Recommendations of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Stewart's action against the Natchitoches Parish Detention Center IS DISMISSED WITH PREJUDICE and the remainder of defendants' motion for summary judgment (Doc. 48) is GRANTED.

IT IS FURTHER ORDERED that defendants' motions to dismiss (Docs. 55, 57) are GRANTED and Stewart's action is DENIED AND DISMISSED WITH PREJUDICE as to all defendants and in its entirety.

IT IS FURTHER ORDERED that defendants' motion for summary judgment (Doc. 26) is DENIED AND DISMISSED AS MOOT.

The pretrial conference scheduled for November 16, 2012 is CANCELLED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 8th day of November, 2012.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT